UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:11CR330 JCH NAB |
| ) | |
| RICHARD JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on Defendant's Motion to Continue the Motion Hearing [Doc. #45] filed on August 29, 2011.  In support of the Motion Defendant stated

1.  That the undersigned requests additional time to review Discovery, to confer with the defendant and negotiate with the United States Attorney's Office regarding this case.

2. That Counsel has personally conferred with co-defendant's counsel Kevin Curran who consents to the motion.

3. That co-defendant Kendra Flymn has moved to continue the aforementioned evidentiary hearing.

4. That Counsel has personally conferred with AUSA Davis who has no objection.

5. That the motion is in the interest of justice and would not unduly delay the disposition of this case.

Defendant requested that the pretrial motion hearing previously set for September 2, 2011 be continued.

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue the Motion Hearing [Doc. #45] is **GRANTED**. The motion hearing set for **September 2, 2011** shall be continued until **September 9, 2011 at 10:00 a.m.**

**Speedy Trial Finding:** For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to investigate and properly prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of August, 2011.